FILED

2019 NOV -6 PM 3:08

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 6:19-cr-236-ORL-40GJK
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

JACQUELYN ANNE RAWDING
JESSIE LEE MARTINEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about June 18, 2019, in the Middle District of Florida, the defendants,

**JACQUELYN ANNE RAWDING**
**and**

**JESSIE LEE MARTINEZ,**

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and which resulted in the death of a person

R.O. on or about June 15, 2019, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about June 18, 2019, in the Middle District of Florida, and elsewhere, the defendants,

**JACQUELYN ANNE RAWDING
and**

**JESSIE LEE MARTINEZ,**

aiding and abetting one another, did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 841 or 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division
4

FORM OBD-34
November 19

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JACQUELYN ANNE RAWDING
JESSIE LEE MARTINEZ

## INDICTMENT

Violations:  21 U.S.C. § 846
             21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day of November, 2019.

_____
Clerk

Bail $ _____

GPO 863 525